Name and Address Melina Razavi

1200 Franklin Mall

Santa Clara, CA 95050

FILED

FEB 10 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LB

Melina Razavi

Plaintiff/Petitioner

vs.

Criminal Crazy Martins, CHP,
& Does 1-100

Defendant/Respondent

Case No. 17 - 717

Document Name:

Complaint

Federal Court
450 Golden Gate Ave.
San Francisco, CA. 94102

Feb. 10, 2017

Federal Court:

Criminal Gary Martins (or Martens) # 17679, California Highway Patrol (CHP) officer, defendant, held me hostage in a gas station **while he was NOT ON DUTY**, because of my speech disability due to a stroke, after I asked him for direction, while I was lost in the area. He accused me of being under influence of alcohol and drugs, while I'm one of the cleanest people that has ever existed with no addictions whatsoever, and he illegally did an alcohol test on me, and made deceptive, accusatory reports to CHP, sexually harassed me, repeatedly bullied, threatened and abused me, among his other violations and crimes, on Feb. 10, 2016.

I'm suing him for keeping me hostage, for personal injury, for violation of the 4th amendment, 42 USC 1983, violation of ADA disability laws, false imprisonment, sexual harassment, making of deceptive, falsified reports to CHP, and other violations. He and CHP have also refused to respond to my Tort claim that I filed within the 6 months of the incident.
Defendants are criminal Gary Martins, CHP, and Does 1-100. CHP is a government entity.

- Criminal Martins violated the 4th amendment, 42 USC 1983, 'unreasonable searches and seizures', 'seizure of person', in keeping me hostage in the gas station and forcing an alcohol test on me, while he wasn't on duty. He's also guilty of violating other Federal laws in keeping me hostage.
- ✓ He's guilty of false imprisonment for taking me hostage. He would not let me drive my car out of the gas station, and was bullying, making threats, and abused me, while I was in my car with my window down, after I had asked him for driving directions.
- ✓ He violated me as a disabled person and is in violation of disability laws. He had seen my speech difficulty that was happening due to the stroke, and was accusing me of being "Dosed!!!", on "medication!!!, drunk, or doing drugs and alcohol, and subjected me to the listed crimes, but he was deceptive in his accusations, and I was drooping due to the stroke and speech difficulty.

- ✓ He did the above crimes because I was suffering from a speech disability due to a stroke from several years ago and my mouth was drooping in front of him from the stroke.

- ✓ He also did the above crimes because he was sexually aroused over my lips drooping, and sexually revenged by forcing the above crimes on me. He wanted to give me a hard time for my lips drooping, and forced several crimes on me. He's guilty of sexual harassment.

- ✓ His excuse was that I'm not getting it, after he had repeated the directions to me several times, but it was in fact my speech difficulty and stroke disability, and that I was exhausted from being lost in the area. In spite of this he had no right to violate me in any way.

- ✓ I had told him I'm sick and disabled, while I was drooping heavily in front of him from my stroke and speech difficulty, but he refused to listen and forced several crimes on me.

- Above incident happened on 2-10-2016, some time around 4-5 am early morning, in a gas station about 12 miles south of Sacramento, right above the Lodi area, where I was lost and had stopped to get directions in that gas station.

- Martins was NOT ON DUTY when he kept me hostage, and ADMITTED HIS SHIFT HAD NOT STARTED, and HE WAS IN PERSONAL CLOTHING, NOT UNIFORM, and therefore was a regular person, and his conduct including alcohol testing were illegal and serious crimes that require severe penalties.

- He held me hostage in my car and bullied and threatened me, "PUT YOUR CAR IN PARK!!!", and he was blocking me from driving out of the gas station, after I had asked him for directions.

✓ I said, "No!", and I told him, "Give me your badge #!", and he refused. I said, "I don't even know if you're a cop!" He had lied to me he was "Police", and when I insisted to get his badge #, which he was refusing to give, he switched to being "CA Highway Patrol".

  I thought he was a criminal faking to be a cop.
  He was also bullying me, "YOU'RE NOT COOPERATING!!!"

- He was NOT ON DUTY when he kept me hostage, and ADMITTED HIS SHIFT HAD NOT STARTED, and HE WAS IN PERSONAL CLOTHING, NOT UNIFORM.

✓ In spite of this he illegally forced an alcohol test on me by making me follow his finger movements with my eyes, because he thought I was, "Dosed!!!" or under influence of alcohol or drugs or "medication!!!", but that was not the case.

✓ I was not "dosed" and not under any influence of alcohol or drugs or medication, and I was drooping due to my stroke disability.

  ❖ He did his Alcohol finger test moving his finger in front of my face and kept bullying me that I should follow his finger with my eyes.

  ❖ Though I started looking at his finger first and saying, "I never drink", I quickly stopped, because I realized this guy is not even in cop clothes, and not on duty, and his conduct is a crime and illegal.

- I then asked him, "ARE YOU ON DUTY?!", and he said, "I'M ON MY WAY TO WORK!!!", which means he was NOT ON DUTY and his forcing of an Alcohol test and keeping me hostage in the gas station were crimes and serious violations of law that have severe penalties.

- He continued his crimes by lying and falsely accusing me in his fake phone reports to CHP that I'm "Belligerent!!!", and "Dosed!!!", and persuaded CHP to come and do alcohol and drug tests on me.
✓ Recording of the incident is evidence that I was never "Belligerent!!!" or "Dosed!!!", and that he's also making other false accusations over the phone, subjecting me to crime by making deceptive, falsified reports to CHP.

- He was also deceptive in picturing my car to CHP like it was a stolen or wrecked car of a criminal, telling CHP that my car is missing a tire, or has spare tire.
✓ I took a picture of my car as evidence that it doesn't look like what he has described to CHP.
✓ Having a spare tire doesn't mean I'm a drunken criminal doing medication, as this criminal was accusing me of.

- During the incident I kept telling him give me your badge #, and he refused. I wanted to write it down and he had only said it once and would not repeat it again until I insisted several times.

  He said that he already showed me his badge and that he has given me his name and badge #, but he had traumatized me so much that I couldn't catch his name, and he refused to repeat it so could write it down.
  He then lied that this is the 5th time he has repeated it to me and that I'm not getting it. And this is the reason he thinks I'm under drugs and alcohol. This was an excuse for him to force his crimes on me, and in any case he should not have taken me hostage, or done alcohol testing, or done any of what he did.

Page 2

He only flashed his badge very quickly and then closed his wallet so not to let me read anything off of it, because he knew he was at fault. All I saw was a big star shaped piece of metal, and in the dark and reflection of light I couldn't see what was written on it, especially because he didn't want me to clearly see it, because he knew he was in violation of law.

✓ Evidence shows that he kept me hostage and forced me to cooperate with his illegal conduct, which I refused to do. This is on the recording of the incident, and surveillance, etc.

• Defendants including him and CHP are also in violation of law for refusing to respond to my Tort claim that I filed within 6 months.

✓ They have refused to respond to my Tort claim, because they know they're liable and are trying to hide from their liabilities.
✓ They refused to respond and provide a copy of his deceptive, falsified CHP report.
✓ They refused to provide the surveillance videotape of the incident inside the gas station. I had asked them for a copy.
✓ They also refused to provide name and address of the gas station the incident had happened in.
✓ In his report to CHP he said we're at the gas station and specifies which gas station. Later I was unable to find the gas station and wrote to him and CHP and requested that information, but they refused to respond.

While criminal Martins had kept me hostage in my car and he was lying to CHP over the phone, I was finally able to quickly drive past him, and very fast drove away.

• I was very injured and damaged from his violations and crimes. Among damages I suffered extreme shock and trauma.

✓ I felt I was having a heart attack on top of other injuries. My heart ached severely and chest pain was killing me, among other symptoms. I was short of breath, and my heart was jumping out of my chest.

✓ My body was jolting with sudden shakes, as if I was gonna leave my body. My entire body had gone into severe spasms. I was painfully straining all over, and my 2 arms had gone numb. I needed treatment.

✓ I was panicking to the extreme, and was outraged that he had violated and taken away my safety.

✓ I was so injured and traumatized that I drove very fast all the way to San Jose, and crashed on my bed with my whole body in severe spasm, and painful, I was extremely nauseous, had a headache, couldn't concentrate, and developed stress sores as a result of this incident.
I also had severe emotional trauma among other damages.
✓ Injuries are permanent and I'm still suffering from them.

Evidence such as surveillance, recording of incident, medical records, etc., support my complaint. This criminal should be in jail and criminally prosecuted, punished, and fired from CHP.
He has made me suffer physical and emotional injuries and extreme pain and suffering, among other damages, in excess of $75,000. He and CHP and those involved in these crime are responsible to pay me for damages.

I'm disabled and can't finish this complaint at this point. Allow as much time as possible for me to complete it, get legal help, and provide evidence and documents.

Melina Razavi- Plaintiff-1200 Franklin Mall, Santa Clara, CA. 95050

Page3